```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEANDRA ALLEN,                  :    CIVIL ACTION
                                :    NO. 11-4107
        Plaintiff,              :
                                :
    v.                          :
                                :
NUTRISYSTEM, INC.,              :
                                :
        Defendant.              :
```

**O R D E R**

**AND NOW**, this **25th** day of **April, 2013,** upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), Plaintiff's Response (ECF No. 19), and Defendant's Reply (ECF No. 21-2), it is hereby **ORDERED** as follows:

(1) Defendant's Motion for Summary Judgment is **GRANTED** as to Count I of Plaintiff's Complaint and Count III as it relates to FMLA retaliation, and **JUDGMENT** is entered on these two claims in favor of Defendant and against Plaintiff;

(2) Count II of Plaintiff's Complaint and Count III as it relates to FMLA interference are **dismissed with prejudice**, Plaintiff having withdrawn these claims in her Response;

(3) Defendant's Motion for Leave to File a Reply Memorandum (ECF No. 21) is **GRANTED**;[1]

---

[1] The Court considered the substance of Defendant's

(4) All claims having been adjudicated, the Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**

---

Reply Memorandum in the disposition of the Motion for Summary judgment.